

**FILED**

APR 24 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By:_____
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. CIV-09-083-JHP |
| ) | |
| MICHELLE N. MILLER a/k/a ) | |
| MICHELLE N. DONAHUE a/k/a ) | |
| MICHELLE N. BISHOP a/k/a ) | |
| MICHELLE N. PARKER, ) | |
| ) | |
| Defendant. ) | |

## AGREED JUDGMENT

This matter comes on for consideration this 24th day of April, 2009, the Court being informed in the premises and it appearing that the Defendant waives all service of process and agrees to the indebtedness to the United States of America as set forth herein, and in accordance therewith,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff, United States of America[1], is awarded judgment against the Defendant for the recovery of the sum of $6,362.92, including principal in the amount of $2,707.92 and accrued interest in the amount of $3,655.00, as of August 15, 2006, plus interest accruing on the principal at the rate of 8% per annum from August 16, 2006, until date of judgment, plus costs including clerk fees, plus interest on the judgment at the legal rate of 0.52 percent per annum from the date of the judgment until paid.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This document was prepared by the United States Attorney's Office ("USAO") for the Eastern District of Oklahoma. The Plaintiff, United States of America, is represented by Cheryl R. Triplett, Assistant U. S. Attorney on behalf of the United States Attorney's Office, Department of Justice. The Department of Justice, USAO or Cheryl Triplett do not represent the Defendant and the interests of the United States are adversarial to those of the Defendant. The Defendant should retain his or her own attorney.

APPROVED:

SHELDON J. SPERLING
United States Attorney

_/s/ Cheryl R. Triplett_
CHERYL R. TRIPLETT
Assistant United States Attorney
1200 West Okmulgee Avenue
Muskogee, OK 74401-6848
(918) 684-5115

_/s/ Michelle Miller_
MICHELLE N. MILLER a/k/a
Michelle N. Donohue a/k/a
Michelle N. Bishop a/k/a
Michelle N. Parker

Defendant